FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESSICA ANN CUNNINGTON,<br>a/k/a Akoostik1, (1),<br><br>  Defendant. | NO: 2:19-CR-127-RMP-1<br><br>STIPULATION REGARDING COMPUTER FORENSIC REVIEW PROCEDURES |

BEFORE THE COURT is a Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, and Defendant Jessica Ann Cunnington (a/k/a "Akoostik1") ("Defendant"), through her attorney, Lorinda Youngcourt, **ECF No. 23**, and a Motion to Expedite the same, **ECF No. 24**. The parties have stipulated to review procedures for child pornography contraband.

Finding good cause, the Court **grants** both motions. The Court orders the Stipulation to be entered, and further orders the following:

STIPULATION REGARDING COMPUTER FORENSIC REVIEW
PROCEDURES ~ 1

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team shall not remove any contraband images from the government reviewing facility. A defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** August 19, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge